# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff-in-Interpleader,<br><br>　　vs.<br><br>KRISTINA TRUJILLO, an individual; ALEC TRUJILLO, an individual; TERA TRUJILLO, an individual; and MICHELE TRUJILLO, an individual,<br><br>　　　　Defendants-in-Interpleader. | Case No. 2:18-cv-09577-ODW (JPRx)<br><br>Honorable Otis D. Wright II<br><br>**ORDER GRANTING DISCHARGE AND DISMISSAL OF PLAINTIFF IN INTERPLEADER METROPOLITAN LIFE INSURANCE COMPANY, PERMANENT INJUNCTION AND RECOVERY OF REASONABLE ATTORNEYS' FEES**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:　11/13/18 |

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

## ORDER

Having reviewed the Stipulation of the parties, and for good cause appearing therefore, IT IS HEREBY ORDERED as follows:

1. That Metropolitan Life Insurance Company ("MetLife") is discharged of any and all liability with respect to the Group Variable Universal Life Insurance Policy, no. 0137426 issued to the County of Los Angeles and the individual certificate of insurance, no. 0004643216 (collectively the "Policy"), with respect to any claims that Defendants-in-Interpleader Kristina Trujillo ("Kristina"), Alec Trujillo ("Alec"), Tera Trujillo ("Tera"), and Michele Trujillo ("Michele") may have regarding the benefits (the "Policy Benefits") payable under the Policy as a result of the death of Victor Trujillo ("Decedent");

2. That Defendants-in-Interpleader Kristina, Alec, Tera, and Michele, and their respective agents, attorneys and/or assigns are enjoined and perpetually restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife and/or its parent companies, subsidiary companies, agents, affiliates, representatives or attorneys with respect to the Policy Benefits and the Policy and any and all claims, whether known or unknown, they may have regarding the Policy Benefits and the Policy are released;

3. That MetLife will recover its attorneys' fees and costs in the total amount of $10,000.00, to be paid equally by the Defendants-in-Interpleader in the amount of $2,500.00 each by check made payable to "Metropolitan Life Insurance Company" and sent to MetLife's counsel of record Misty Murray, Hinshaw & Culbertson LLP, 633 W. Fifth Street, 47th Floor, Los Angeles, California 90071. All checks will be made payable within thirty (30) days of the date of this Order; and

4. That MetLife is dismissed from this action entirely with prejudice.

5. That Defendants-in-Interpleader preserve any and all claims and defenses against each other as to the Policy Benefits and that this Stipulation shall

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1014577\304844421.v1

not be deemed an admission as to the apportionment of the Policy Benefits as to any Defendant-in-Interpleader

**IT IS SO ORDERED.**

DATED: January 10, 2020

_____
HONORABLE OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON LLP
633 West 5th Street
47th Floor
Los Angeles, CA 90071-2043
213-680-2800

1014577\304844421.v1