**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | CASE NO.: 2:18-CV-9577-ODW (JPRx) |
| Plaintiff-in-Interpleader | |
| vs. | **JUDGMENT** |
| KRISTINA TRUJILLO, an individual; ALEC TRUJILLO, an individual; TERA TRUJILLO, an individual; and MICHELE TRUJILLO, an individual | |
| Defendants-in-Interpleader | District Judge:  Otis D. Wright II |
| AND RELATED CROSS-ACTIONS. | |

///
///
///
///
///
///
///

Pursuant to the Court's Order Granting Defendant-in-Interpleader/Cross-Defendant Michele Trujillo's Motion for Summary Judgment (ECF No. 80), **IT IS ORDERED AND ADJUDGED**:

1. Judgment is entered for Defendant-in-Interpleader/Cross-Defendant Michele Trujillo, and against Defendant-in-Interpleader/Cross-Claimant Kristina Trujillo, Defendant-in-Interpleader Alec Trujillo, and Defendant-in-Interpleader Tera Trujillo;
2. Defendant-in-Interpleader/Cross-Claimant Kristina Trujillo shall take nothing by way of her cross-claim;
3. Defendant in Interpleader/Cross-Defendant Michele Trujillo shall recover her costs.
4. The Clerk of the Court shall close the case.

DATED: November 2, 2020

_____
United States District Judge